UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
MARGARET GENTILE                           )     CIVIL ACTION
    Plaintiff,                                       )
                                                                )
                                                                )
                                                                )
v.                                                              )
                                                                )
LEADING EDGE RECOVERY SOLUTIONS, LLC  )
    Defendant                                      )
_____)     MAY 10, 2011

## COMPLAINT

1.   This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes a pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.* and also includes a claim for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2.   Plaintiff, Margaret Gentile, is a natural person residing in East Windsor, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. §1692a(3).

3.   The defendant, Leading Edge Recovery Solutions, LLC ("Leading Edge"), is an Illinois corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4.   Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over Leading Edge because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the act complained of occurred in this state.

7. Leading Edge alleged that Plaintiff owed a debt on a consumer account (the "Account"), and Leading Edge started calling Plaintiff in an attempt to collect on the Account.

8. On or around April 13, 2011, a Leading Edge representative referring to himself as Richard Silver called Plaintiff's cell phone number in an attempt to collect on the Account and left a message that failed to state that Leading Edge was a debt collection company and was attempting to collect a debt from Plaintiffs.

9. The aforementioned collection call was made to Plaintiff's cell phone number without permission and with the use of an automatic dialing system.

10. Plaintiff called back the number left on that message and spoke with a Leading Edge representative; during that conversation, Plaintiff asked that representative why Leading Edge was calling her cell phone number without permission, and that representative responded by telling Plaintiff that she did not know but that the call had been generated through an automatic dialing system.

11. Leading Edge has violated the FDCPA, CUTPA, and the TCPA.

WHEREFORE, the Plaintiff seeks recovery of actual damages and statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; damages under 47 U.S.C. § 227(b)(3); and such other relief as this Court deems appropriate.

**PLAINTIFF, MARGARET GENTILE**

By: /s/Daniel S. Blinn_____
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax. (860) 571-7457